# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FERNANDO NUNEZ, JR. | ) | Civil Action No. 3:20-cv-208 |
| Plaintiff, | ) ) | Magistrate Judge Lenihan |
| v. | ) ) ) | |
| MARK BORSTNAR, LANDON SINCLAIR, BRANDON CROYLE, LT. LEVADNUK | ) ) ) | ECF No. 35 |
| Defendants. | ) | |

## ORDER

**AND NOW** this 28th day of October 2021, it is **HEREBY ORDERED** that the Motion for Summary Judgment filed by Defendants Mark Borstnar, Landon Sinclair, Brandon Croyle, and Lt. Levadnuk on Count IV of the Amended Complaint (ECF No. 35) is **GRANTED.**

BY THE COURT

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
UNITED STATES MAGISTRATE JUDGE


Fernando Nunez, Jr.
FM8959
SCI Mahanoy
301 Morea Road
Frackville, PA  17932