IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FERNANDO NUNEZ, JR., )<br><br>Plaintiff, )<br><br>v. )<br><br>MARK BORNSTAR, et al, )<br><br>Defendants. ) | Civil Action No. 3:20-cv-00208-LPL<br><br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

Counsel informed the Court this case has been resolved. The only matters remaining will be the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time. Therefore,

**IT IS ORDERED** this 11th day of July, 2022, that the Clerk of Court mark this case **CLOSED**. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: All Counsel of Record.